# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DARREN WILLIE,                                    CASE NO. 1:07-cv-00156-AWI-SMS PC

                   Plaintiff,              ORDER GRANTING MOTION FOR A
                                           THIRTY-DAY EXTENSION OF TIME TO
        v.                                 FILE A SECOND AMENDED COMPLAINT

DR. VO, et al.,                                  (Doc. 15)

                   Defendants.
_____/

        Plaintiff Darren Willie ("plaintiff") is a state prisoner proceeding pro se and in forma

pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 12, 2007, plaintiff filed

a motion seeking a thirty-day extension of time to file a second amended complaint in compliance

with the court's order of May 17, 2007.

        Plaintiff's motion is HEREBY GRANTED, and plaintiff has **thirty (30) days** from the date

of service of this order to file a second amended complaint in compliance with the court's order of

May 17, 2007.

IT IS SO ORDERED.

**Dated:    June 14, 2007**                            **/s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE

1