1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  DARREN WILLIE,                              CASE NO. 1:07-cv-00156-AWI-SMS PC

10              Plaintiff,                     ORDER STRIKING UNSIGNED MOTION

11      v.                                     (Doc. 17)

12  DR. VO, et al.,

13              Defendants.

14  _____/

15          On July 16, 2007, plaintiff filed an unsigned motion to hold this action in abeyance.  Each

16  document submitted for filing must include the original signature of the filing party or parties, and

17  all documents submitted without the required signature(s) will be stricken.  Local Rule 7-131; Fed.

18  R. Civ. P. 11(a).

19          Plaintiff's unsigned motion is HEREBY ORDERED STRICKEN from the record.

20

21  IT IS SO ORDERED.

22  **Dated:    July 24, 2007**              _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1