# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN WILLIE,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. VO, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-00156-AWI-SMS PC<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 18) |

      Plaintiff Darren Willie ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 29, 2007. The Court has screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A, and finds that it states cognizable claims for relief under section 1983 against Defendants Vo, Tate, and Sullivan for violation of the Eighth Amendment arising out of the treatment, or lack thereof, for Plaintiff's headaches and knee injury. Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 2008 WL 659570, No. 06-35068, *3 (9th Cir. Mar. 13, 2008). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

                **DR. VO**

                **DR. TATE, HEALTH CARE MANAGER**

                **WARDEN W. J. SULLIVAN**

///

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed July 16, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Four (4) copies of the endorsed second amended complaint filed July 16, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   April 28, 2008**            /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE