# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN WILLIE,<br><br>             Plaintiff,<br><br>      v.<br><br>DR. VO, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:07-cv-00156-AWI-SMS PC<br><br>ORDER DENYING REQUEST FOR ENTRY OF DEFAULT<br><br>(Doc. 36) |

On September 11, 2008, Plaintiff Darren Willie, a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed a request for entry of default against Defendants Vo, Tate, and Sullivan.

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). Defendants Vo and Tate filed an answer on July 23, 2008, and Defendant Sullivan filed an answer

///
///
///
///
///
///
///

1

on September 3, 2008.  Because Defendants have made an appearance in this action via the filing of their answers, they are not in default and Plaintiff's request is HEREBY DENIED.[1]

IT IS SO ORDERED.

Dated:    **September 16, 2008**          ____/s/ Sandra M. Snyder____
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The basis for Plaintiff's assertion that Defendants Vo and Tate did not address paragraphs 60-126 of his complaint is not clear to the Court.  Defendants opted to use a general denial in their answers, which covers the entire complaint except what is otherwise specifically admitted.

2