# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN WILLIE, | CASE NO. 1:07-cv-00156-AWI-SMS PC |
| Plaintiff, | ORDER STRIKING REPLIES TO ANSWERS |
| v. | (Docs. 37 and 38) |
| DR. VO, et al., | |
| Defendants. / | |

On September 11, 2008, Plaintiff Darren Willie, a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed replies to Defendants Vo and Tate's answers. Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a reply to an answer, absent an order from the court requiring one. Fed. R. Civ. P. 7(a). In this case, the Court did not order a reply to the answer.

Accordingly, Plaintiff's replies to Defendants' answers, filed September 11, 2008, are HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:  September 16, 2008**            /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE