1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9   DARREN WILLIE,                          CASE NO. 1:07-cv-00156-AWI-SMS PC

10                    Plaintiff,            ORDER STRIKING REQUEST FOR
                                            PRODUCTION OF DOCUMENTS
11        v.
                                            (Doc. 41)
12   DR. VO, et al.,

13                    Defendants.
     _____/
14

15        On September 15, 2008, Plaintiff Darren Willie, a state prisoner proceeding pro se and in

16   forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed a request for the

17   production of documents.  Discovery requests are not to be filed with the Court unless they are the

18   subject of a motion to compel or some other matter where review by the Court is necessary.  Plaintiff

19   is referred to paragraph 8 of the First Informational Order, filed March 6, 2007.

20        Accordingly, Plaintiff's request for the production of documents, filed September 15, 2008,

21   is HEREBY ORDERED STRICKEN from the record.

22

23   IT IS SO ORDERED.

24   **Dated:    September 19, 2008**              **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1